# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

Page No: 1

| Case No.: | 19-43808 | | Trustee Name: | Karen E. Evangelista |
| --- | --- | --- | --- | --- |
| Case Name: | SIKLAWI CO. | | Date Filed (f) or Converted (c): | 03/15/2019 (f) |
| For the Period Ending: | 12/31/2020 | | §341(a) Meeting Date: | 04/24/2019 |
| | | | Claims Bar Date: | 09/10/2019 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 2 sectional rugs Unknown | Unknown | $0.00 | | $0.00 | FA |
| 2 | Maytag washing machine (not operational) Unknown | $0.00 | $0.00 | | $0.00 | FA |
| 3 | 2 Shop Vacs Unknown | $100.00 | $0.00 | | $0.00 | FA |
| 4 | Shampoo Vacuum Unknown | Unknown | $0.00 | | $0.00 | FA |
| 5 | Glass table and 2 carts Unknown | Unknown | $0.00 | | $0.00 | FA |
| 6 | c. 8 brushes Unknown | Unknown | $0.00 | | $0.00 | FA |
| 7 | Washing supplies - approximately 240 towels and laundry detergent - original cost of towels was $2 each | Unknown | $0.00 | | $0.00 | FA |
| 8 | Leasehold improvements - Debtor believes any leashold improvements made by the Debtor are the property of the Landlord | $0.00 | $0.00 | | $0.00 | FA |
| 9 | c. 150 air freshteners - originally purchased for 55 cents each | $0.00 | $0.00 | | $0.00 | FA |
| 10 | Chapter 5 Cause of Action (u) | $0.00 | $20,000.00 | | $17,000.00 | $3,000.00 |

Asset Notes: Order Approving Compromise entered on 11/26/19, docket #34.
Motion to Approve Compromise filed on 10/31/19, docket #32.

**TOTALS (Excluding unknown value)** **Gross Value of Remaining Assets**

$100.00    $20,000.00    $17,000.00    $3,000.00

**Major Activities affecting case closing:**

12/22/2020    Trustee with assistance of counsel is investigating the value of the business. The Trustee with assistance of counsel has successfully reached a Compromise. The payments are current and claims have been reviewed. Once paid in full, the Trustee will move to TFR

**Initial Projected Date Of Final Report (TFR):**    03/15/2021    /s/ KAREN E. EVANGELISTA

**Current Projected Date Of Final Report (TFR):**    KAREN E. EVANGELISTA

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-43808 | | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|---|
| Case Name: | SIKLAWI CO. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***7949 | | Checking Acct #: | ******0146 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 01/01/2020 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/28/2019 | (10) | Mark Siklaw | Order Authorizing Trustee to Compromise Claim P/O 11/26/2019, docket #34. | 1241-000 | $2,000.00 | | $2,000.00 |
| 11/14/2019 | (10) | Maher Siklawi | Order Authorizing Trustee to Compromise Claim P/O 11/26/2019, docket #34. | 1241-000 | $1,000.00 | | $3,000.00 |
| 12/10/2019 | (10) | SIKLAWI | Order Authorizing Trustee to Compromise Claim P/O 11/26/2019, docket #34. | 1241-000 | $1,000.00 | | $4,000.00 |
| 01/17/2020 | (10) | Maher Siklawi | Order Authorizing Trustee to Compromise Claim P/O 11/26/2019, docket #34. | 1241-000 | $1,000.00 | | $5,000.00 |
| 02/06/2020 | (10) | Maher Siklawi | Order Authorizing Trustee to Compromise Claim P/O 11/26/2019, docket #34. | 1241-000 | $1,000.00 | | $6,000.00 |
| 03/12/2020 | (10) | Siklawi CO | Order Authorizing Trustee to Compromise Claim P/O 11/26/2019, docket #34. | 1241-000 | $1,000.00 | | $7,000.00 |
| 04/20/2020 | (10) | MAHER SIKLAWI | Order Authorizing Trustee to Compromise Claim P/O 11/26/2019, docket #34. | 1241-000 | $1,000.00 | | $8,000.00 |
| 05/11/2020 | (10) | Maher Siklawi | Order Authorizing Trustee to Compromise Claim P/O 11/26/2019, docket #34. | 1241-000 | $1,000.00 | | $9,000.00 |
| 05/12/2020 | 3001 | Stevenson & Bullock | Order Granting First Interim Application of Attorney for Trustee, for Fees Rendered From March 17, 2019 Through May 31, 2019 P/O 5/15/2020, docket #40. | 3210-000 | | $3,935.00 | $5,065.00 |
| 05/12/2020 | 3002 | Stevenson & Bullock | Order Granting First Interim Application of Attorney for Trustee, for Expenses Rendered From March 17, 2019 Through May 31, 2019 P/O 5/15/2020, docket #40. | 3220-000 | | $20.00 | $5,045.00 |
| 06/09/2020 | (10) | M. Siklawi | Order Authorizing Trustee to Compromise Claim P/O 11/26/2019, docket #34. | 1241-000 | $1,000.00 | | $6,045.00 |
| 07/13/2020 | (10) | Maher Siklawi | Order Authorizing Trustee to Compromise Claim P/O 11/26/2019, docket #34. | 1241-000 | $1,000.00 | | $7,045.00 |
| 07/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $116.92 | $6,928.08 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | ($116.92) | $7,045.00 |
| 08/03/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $9.51 | $7,035.49 |
| 08/13/2020 | (10) | Maher Siklawi | Order Authorizing Trustee to Compromise Claim P/O 11/26/2019, docket #34. | 1241-000 | $1,000.00 | | $8,035.49 |
| 08/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $11.43 | $8,024.06 |
| | | | SUBTOTALS | | $12,000.00 | $3,975.94 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 19-43808 | | Trustee Name: | Karen E. Evangelista |
|---|---|---|---|---|
| Case Name: | SIKLAWI CO. | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***7949 | | Checking Acct #: | ******0146 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 01/01/2020 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2020 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/10/2020 | (10) | Maher Siklawi | Order Authorizing Trustee to Compromise Claim P/O 11/26/2019, docket #34. | 1241-000 | $1,000.00 | | $9,024.06 |
| 09/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $12.54 | $9,011.52 |
| 10/15/2020 | (10) | Maher Siklawi | Order Authorizing Trustee to Compromise Claim P/O 11/26/2019, docket #34. | 1241-000 | $1,000.00 | | $10,011.52 |
| 10/29/2020 | (10) | Maher Siklawi | Order Authorizing Trustee to Compromise Claim P/O 11/26/2019, docket #34. | 1241-000 | $1,000.00 | | $11,011.52 |
| 10/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $14.41 | $10,997.11 |
| 11/10/2020 | (10) | Maher Siklawi | Order Authorizing Trustee to Compromise Claim P/O 11/26/2019, docket #34. | 1241-000 | $1,000.00 | | $11,997.11 |
| 11/25/2020 | 3003 | Insurance Partners Agency | Bond Payment | 2300-000 | | $7.63 | $11,989.48 |
| 11/30/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $16.85 | $11,972.63 |
| 12/15/2020 | (10) | Maher Siklawi | Did not link to receipt log, did deposit reversal and re-deposited | 1241-000 | $1,000.00 | | $12,972.63 |
| 12/15/2020 | (10) | DEP REVERSE: Maher Siklawi | Did not link to receipt log, did deposit reversal and re-deposited | 1241-000 | ($1,000.00) | | $11,972.63 |
| 12/15/2020 | (10) | Maher Siklawi | Order Authorizing Trustee to Compromise Claim P/O 11/26/2019, docket #34. | 1241-000 | $1,000.00 | | $12,972.63 |
| 12/31/2020 | | Pinnacle Bank | Service Charge | 2600-000 | | $18.56 | $12,954.07 |
| | | **TOTALS:** | | | **$17,000.00** | **$4,045.93** | **$12,954.07** |
| | | Less: Bank transfers/CDs | | | $0.00 | $0.00 | |
| | | Subtotal | | | $17,000.00 | $4,045.93 | |
| | | Less: Payments to debtors | | | $0.00 | $0.00 | |
| | | **Net** | | | **$17,000.00** | **$4,045.93** | |

| For the period of 01/01/2020 to 12/31/2020 | | For the entire history of the account between 10/28/2019 to 12/31/2020 | |
|---|---|---|---|
| Total Compensable Receipts: | $13,000.00 | Total Compensable Receipts: | $17,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,000.00 | Total Comp/Non Comp Receipts: | $17,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,045.93 | Total Compensable Disbursements: | $4,045.93 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,045.93 | Total Comp/Non Comp Disbursements: | $4,045.93 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| Case No. | 19-43808 | Trustee Name: | Karen E. Evangelista |
| Case Name: | SIKLAWI CO. | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***7949 | Checking Acct #: | ******0146 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 01/01/2020 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 12/31/2020 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $17,000.00 | $4,045.93 | $12,954.07 |

**For the period of 01/01/2020 to 12/31/2020**

| | |
|---|---|
| Total Compensable Receipts: | $13,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $13,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,045.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,045.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/28/2019 to 12/31/2020**

| | |
|---|---|
| Total Compensable Receipts: | $17,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $17,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,045.93 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,045.93 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ KAREN E. EVANGELISTA

KAREN E. EVANGELISTA